Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California 94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
         susan.olson@bullivant.com
         edward.winchester@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>C. APARICIO, CEMENT CONTRACTOR, INC., a California corporation,<br><br>Defendant. | Case No.: 3:15-cv-04131-TEH<br>Related Case: 3:15-cv-04132-TEH<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:     **December 14, 2015**<br>Time:    **1:30 p.m.**<br>Ctroom: **12, 19th Floor**<br><br>**Hon. Thelton E. Henderson** |

Plaintiffs Laborers Trust Funds provide the following case management statement.

On September 10, 2015, Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, and for a Mandatory Injunction ("Complaint") [Document 1]. On September 11, 2015, this case was assigned to this Court [Document 5]. On September 16, 2015, Plaintiffs filed their Administrative Motion to Relate Cases [Document 10]. On September 23, 2015, this Court

granted the motion and related this case to *Board of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, et al., v. C. Aparicio, Cement Contractor, Inc.*, 15-cv-04132-TEH [Document 11].

On October 14, 2015, defendant was duly served with the summons and complaint and all corresponding pleadings [Document 12]. Defendant failed to file a responsive pleading. On November 13, 2015 the clerk of court entered the default of defendant [Documents 16-17].

Plaintiffs Laborers Trust Funds intend to have their motion for default judgment[1] on file with this Court within the next forty five (45) days.

Based on the fact that this action is proceeding in default, Plaintiffs Laborers Trust Funds respectfully request that the case management conference be continued for forty-five (45) days to allow Plaintiffs Laborers Trust Funds time to file their motion for default judgment.

DATED: December 7, 2015

BULLIVANT HOUSER BAILEY PC

By  */s/ Ronald L. Richman*
      Ronald L. Richman

Attorneys for Plaintiffs

---

[1] Motions for default judgment will be filed in both related cases.

## ORDER

Based on the Plaintiffs Laborers Trust Funds' request to continue the case management conference and good cause appearing,

IT IS HEREBY ORDERED that the December 14, 2015 case management conference be continued to __February 1__, 2016 at 1:30 p.m., Courtroom 12, 19th Floor. If Plaintiffs Laborers Trust Funds have their motion for default judgment on file prior to the continued case management conference, the case management conference shall be vacated.

DATED: December __8__, 2015

By: _____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

15803389.1